

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00245-CR

Julio Alejandro **ZUNIGA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936
Honorable Raymond Angelini, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to August 3, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Nicolas A. LaHood                          Richard B. Dulany Jr.
     District Attorney, Bexar County            Bexar County Appellate Public Defender's Office
     101 W. Nueva, Suite 370                    Paul Elizondo Tower
     San Antonio, TX 78205                      101 W. Nueva St., Suite 310
                                                San Antonio, TX 78205